Burley Smith



**EXHIBIT 3**
Page 1 of 1