

Lawton Septic

**EXHIBIT 4**
**Page 1 of 1**